IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LLOYD PHILIP LOCKE,

        Petitioner,                    No. CIV S-07-0130 MCE KJM P

    vs.

MICHAEL EVANS, Warden, et al.,

        Respondents.             ORDER

                              /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

1       2. If the response to the habeas petition is an answer, petitioner's reply, if any,
2  shall be filed and served within thirty days after service of the answer;
3       3. If the response to the habeas petition is a motion, petitioner's opposition or
4  statement of non-opposition to the motion shall be filed and served within thirty days after
5  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
6  thereafter; and
7       4. The Clerk of the Court shall serve a copy of this order together with a copy of
8  the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
9  Senior Assistant Attorney General.
10 DATED: March 15, 2007.

_____
U.S. MAGISTRATE JUDGE

13 /mp
lock0130.100feekjm

2