IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LLOYD PHILLIP LOCKE,

      Petitioner,                No. CIV S-07-0130 MCE KJM P

     vs.

MICHAEL EVANS, Warden, et al.

      Respondents.         <u>ORDER</u>

_____/

      The answer to the petition for a writ of habeas corpus is deemed timely; the motion for an extension of time (docket no. 9) is denied as unnecessary.

      IT IS SO ORDERED.

DATED: October 19, 2007.

                                        U.S. MAGISTRATE JUDGE

2

lock0130.eot